## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| **COREY L. SANDERS,** | **CASE NO. 1:23-cv-900** |
| *Plaintiff,* | |
| **v.** | |
| **SHERIFF CHRISTOPHER P. VILAND,** *et al.* | |
| *Defendants.* | |

**TO THE HONORABLE JUDGE OF THIS COURT:**

**NOW COMES** Keith Altman, Esq., pursuant to Local Civil Rule 83.5(h) of the United States District Court, Northern District of Ohio, to respectfully submit this Motion for Admission *Pro Hac* Vice to represent Plaintiff in this case and hereby states the following:

1.    I am an active member in good standing of the bars of Michigan and California. Michigan State Bar No. P81702. California State Bar No. 257309. A true and correct copy of a certificate of good standing from the Michigan State Bar dated April 4, 2023, is attached to this application.

2.    I request admission *pro hac vice* to appear for all purposes as counsel for the Plaintiff in this case.

3.    My contact information of record is The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan 48334, (248) 987-8929, keithaltman@kaltmanlaw.com.

4.      I am already registered with this Court through the CM/ECF system.

5.      I have never been disbarred or suspended from practice before any court,

department, bureau, or commission of any State or the United States.

6.      I have never received any reprimand from any court, department, bureau, or

commission pertaining to conduct or fitness as a member of the bar.

7.      With the filing of this Motion, I paid of requisite the *pro hac vice* admission

fee of $120.00.


Dated: May 2, 2023                              Respectfully Submitted,

Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com


*/s/Solomon M. Radner Esq.*
Solomon M. Radner, Esq. (MIP73653)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
Tel: (248) 987-8929
solomonradner@kaltmanlaw.com

**IT IS SO ORDERED.**

Dated: _____               _____
United States District/Magistrate Judge