# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| Corey L. Sanders, | DATE: November 3, 2023 |
| Plaintiff, | CASE NO. 1:23-cv-00900 |
| vs. | JUDGE JAMES S. GWIN |
| Sheriff Christopher P. Viland, *et al.*, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendants. | Court Reporter: S. Perkins |

Plaintiff/Representative:
Corey L. Sanders (phone)

Counsel for Plaintiff:
Keith Altman
Solomon M. Radner

Defendant/Representative:
Brendon Doyle

Counsel for Defendant:
Craig J. Morice
Jake A. Elliott

PROCEEDINGS: A mediation was held with the above-named parties. The parties were able to reach an agreement. The parties shall file a notice of dismissal with prejudice by close of business (5:00 p.m.) on December 18, 2023. The Court will retain jurisdiction to enforce the settlement agreement.

____3 hours____

Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge